UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CASE NO. 5:18-CV-00433-REW

TEDDY RYAN HACKER            PLAINTIFF

v.

MADISON COUNTY, KENTUCKY, DBA
MADISON COUNTY DETENTION CENTER, ET AL      DEFENDANTS

## ORDER AMENDING SCHEDULING ORDER

This matter having come before the Court on the Joint Motion by the Plaintiff and Defendant to amend the Scheduling Order, (Doc # 38), and the Court having reviewed the record and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED as follows:

(1) All fact discovery shall be completed by December 1, 2019;

(2) Plaintiff shall identify his experts and provide expert reports by January 1 2020;

(3) Defendants shall identify their experts and provide expert reports by February 1, 2020.

(4) Rebuttal experts and their reports shall be simultaneously disclosed by all parties by March 1, 2020.

(5) All expert discovery shall be completed by May 1, 2020.

(6) All dispositive motions shall be filed by June 1, 2020. Response and Reply time will be governed by local rule.

1

(7)  In all other respects the dates and deadlines set forth in the Court's previous Amended Scheduling Order, (Doc #38), including the trial date, remain in full force and effect.

This the 28th day of August, 2019.

Signed By:
*Hanly A. Ingram*
United States Magistrate Judge