UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON
CASE NO. 5:18-CV-433-REW

TEDDY RYAN HACKER                                                        PLAINTIFF

v.

MADISON COUNTY, KENTUCKY, DBA
MADISON COUNTY DETENTION CENTER, ET AL            DEFENDANTS

## ORDER GRANTING MOTION TO TAKE DEPOSITIONS
## OUTSIDE OF DISCOVERY DEADLINE

This matter having come before the Court on Motion of the Plaintiff, and Defendants, by Counsel, having no objection to the Motion, and the Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion to Take Depositions Outside of the Discovery Deadline is hereby GRANTED and said depositions shall be taken on December 10, 2019 and December 13, 2019 as agreed to by Counsel for the respective parties.

So Ordered this 4th day of December, 2019.

Signed By:
Hanly A. Ingram
United States Magistrate Judge

1