UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO.  5:18-cv-433-CHB

*Electronically Filed*

TEDDY RYAN HACKER                                                        PLAINTIFF

vs.

MADISON COUNTY, KENTUCKY, ET AL.                            DEFENDANT

## AGREED ORDER OF DISMISSAL

Plaintiff, Teddy Ryan Hacker, and Defendants, Southern Health Partners, Inc., Tami Hounshell, Roy B. Washington, Aleisha White and Kayla Frye n/k/a Kayla Imhoff, agree that all claims in this matter against Defendant Aleisha White should be dismissed with prejudice.

The Court being otherwise sufficiently advised:

IT IS HEREBY ORDERED AND ADJUDGED that all claims asserted by Plaintiff against Defendant Aleisha White, are hereby DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees;

This Order does not affect Plaintiff's claims against any other Defendants in this action.

Entered this _____ day of _____, 20____.

1

HAVE SEEN AND AGREED:


*/s/ Brent L. Caldwell (w/permission)*
Brent L. Caldwell
Caldwell Law Firm, PLLC
153 Market Street
Lexington KY  40507
bcaldwell@caldwelllawyers.com
*Counsel for Plaintiff*


*/s/ Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
City Center
100 West Main Street,  Suite 700
Lexington KY  40507
(859) 255-9500
*Counsel for SHP Defendants*

Client Work\4816-9155-2174.v1-12/11/19

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 11, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Brent L. Caldwell
Caldwell Law Firm, PLLC
153 Market Street
Lexington KY  40507
bcaldwell@caldwelllawyers.com
*Counsel for Plaintiff*

D. Barry Stilz
Lynn Sowards Zellen
Kinkead & Stilz, PLLC
Suite 800
301 East Main Street
Lexington KY  40507
bstilz@ksattorneys.com
lzellen@ksattorneys.com
*Counsel for Madison County Defendants*


*/s/ Margaret Jane Brannon*
*Counsel for SHP Defendants*

Client Work\4816-9155-2174.v1-12/11/19