UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:18-cv-433-REW

*Electronically Filed*

TEDDY RYAN HACKER                                              PLAINTIFF

vs.

MADISON COUNTY, KENTUCKY, ET AL.                     DEFENDANT

### AGREED ORDER OF DISMISSAL

Plaintiff, Teddy Ryan Hacker, and Defendants, Southern Health Partners, Inc., Tami Hounshell, Roy B. Washington, Aleisha White and Kayla Frye n/k/a Kayla Imhoff, agree that all claims in this matter against Defendant Aleisha White should be dismissed with prejudice.

The Court being otherwise sufficiently advised:

ORDERS that all claims asserted by Plaintiff against Defendant Aleisha White, be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

This Order does not affect Plaintiff's claims against any other Defendants in this action.

This the 11th day of December, 2019.

Signed By:
Robert E. Wier  *REW*
United States District Judge

Client Work\4816-9155-2174.v1-12/11/19

2

HAVE SEEN AND AGREED:


*/s/ Brent L. Caldwell (w/permission)*
Brent L. Caldwell
Caldwell Law Firm, PLLC
153 Market Street
Lexington KY  40507
bcaldwell@caldwelllawyers.com
*Counsel for Plaintiff*


*/s/ Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
City Center
100 West Main Street,  Suite 700
Lexington KY  40507
(859) 255-9500
*Counsel for SHP Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2019, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Brent L. Caldwell
Caldwell Law Firm, PLLC
153 Market Street
Lexington KY  40507
bcaldwell@caldwelllawyers.com
*Counsel for Plaintiff*

D. Barry Stilz
Lynn Sowards Zellen
Kinkead & Stilz, PLLC
Suite 800
301 East Main Street
Lexington KY  40507
bstilz@ksattorneys.com
lzellen@ksattorneys.com
*Counsel for Madison County Defendants*

                */s/ Margaret Jane Brannon*
                *Counsel for SHP Defendants*

Client Work\4816-9155-2174.v1-12/11/19