UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO.  5:18-cv-433-REW

*Electronically Filed*

TEDDY RYAN HACKER             PLAINTIFF

vs,

MADISON COUNTY, KENTUCKY, ET AL.             DEFENDANT

### AGREED ORDER OF DISMISSAL

The parties jointly, by counsel, hereby stipulate and agree[1] that all matters herein between Plaintiff, Teddy Ryan Hacker and Defendants, Madison County, Kentucky d/b/a Madison County Detention Center, Doug Thomas, Jailer, Southern Health Partners, Inc., Tami Hounshell, Roy B. Washington and Kayla Frye n/k/a Kayla Imhoff, have been settled.

The Court being otherwise sufficiently advised **ORDERS** that all claims asserted by Plaintiff Teddy Ryan Hacker against Defendants, Madison County, Kentucky d/b/a Madison County Detention Center and Doug Thomas, Jailer, Southern Health Partners, Inc., Tami Hounshell, Roy B. Washington and Kayla Frye n/k/a Kayla Imhoff, be DISMISSED WITH PREJUDICE with each party to bear its own costs and attorneys' fees.

This the 30th day of December, 2019.



Signed By:
*Robert E. Wier*
United States District Judge

---

[1] Though the filing cites no Rule or case authority, the Court construes it as a request to drop a party under Rule 21.

1

2

HAVE SEEN AND AGREED:

*/s/ Brent L. Caldwell (w/permission)*
Brent L. Caldwell
Caldwell Law Firm, PLLC
153 Market Street
Lexington KY  40507
bcaldwell@caldwelllawyers.com
*Counsel for Plaintiff*


*D. Barry Stilz (w/permission)*
D. Barry Stilz
Lynn Sowards Zellen
Kinkead & Stilz, PLLC
Suite 800
301 East Main Street
Lexington KY  40507
bstilz@ksattorneys.com
*Counsel for Madison County Defendants*


*/s/ Margaret Jane Brannon*
Margaret Jane Brannon
Jackson Kelly PLLC
City Center   Suite 700
100 West Main Street
Lexington KY  40507
(859) 255-9500
mjbrannon@jacksonkelly.com
*Counsel for SHP Defendants*

2