UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| TEDDY RYAN HACKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:18-CV-433-REW |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MADISON COUNTY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

By two agreed orders, the Court has dismissed with prejudice Hacker's claims against Defendants Aleisha White; Madison County, Kentucky d/b/a Madison County Detention Center; Doug Thomas, Jailer; Southern Health Partners, Inc.; Tami Hounshell; Roy B. Washington; and Kayla Frye n/k/a Kayla Imhoff. DE 48; DE 50. These dismissals applied to claims against all Defendants identified in DE 33, the operative complaint, with the exception of "Unknown John and/or Jane Does, Individually and in their official capacities as officers/employees and/or agents of Madison County, Kentucky, d/b/a Daviess County Detention Center."

Hacker filed the amended complaint on April 18, 2019. *See* DE 33. More than ninety days have now elapsed, and Hacker has not identified or served these Doe Defendants. Fed. R. Civ. P. 4(m), in relevant part, provides: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." As a result,

the Court **ORDERS** Plaintiff to **SHOW CAUSE** why the Court should not dismiss all claims against the "Unknown John and/or Jane Does, Individually and in their official capacities as officers/employees and/or agents of Madison County, Kentucky, d/b/a Daviess County Detention Center," pursuant to Rule 4(m) **within 30 days**. Failure to show cause will result in dismissal, without prejudice, of these claims and thus the full remaining case.

This the 30th day of December, 2019.

Signed By:
Robert E. Wier
United States District Judge